<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1017**

ELSIBETH BRANDEE MCCOY,

    Plaintiff – Appellant,

  v.

STEVE CANTERBURY, Administrative Director for Supreme Court
of Appeals of West Virginia,

    Defendant – Appellee,

  and

SUPREME COURT OF APPEALS OF WEST VIRGINIA; CABELL COUNTY
COURTHOUSE; BARBRA WILLS, Courthouse Administrator,

    Defendants.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Robert C. Chambers,
District Judge.  (3:10-cv-00368)

Submitted:  May 2, 2011       Decided:  May 5, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elsibeth Brandee McCoy, Appellant Pro Se.  John Michael Hedges,
Stephanie Shepherd, BYRNE, HEDGES & LYONS, Morgantown, West
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elsibeth Brandee McCoy appeals the district court's order dismissing her action filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. McCoy v. Canterbury, No. 3:10-cv-00368 (S.D. W. Va. Dec. 20 & 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED